

**FILED**

MAR 15 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-16-124-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| HOLLY NICOLE NIEMI, | |
| Defendant. | |

Upon the Defendant's Motion to File Document Under Seal (Doc. 24), and for good cause being shown,

IT IS HEREBY ORDERED that the Defendant's psychological evaluation is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 14th day of March, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1